1 | LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
2 | Kelley S. Kern, CSB No.: 221265
3620 American River Drive, Suite 230
3 | Sacramento, CA 95864
Phone: 916-974-8500
4 | Facsimile: 916-974-8510

5 | Attorneys for Defendant COUNTY OF SACRAMENTO

6 | LAW OFFICE OF BROWN & GESSELL
Douglas A. Gessell, SBN: 210112
7 | Steven L. Brown, SBN: 166278
2155 W. March Lane, Suite 1D
8 | Stockton, CA 95207
Phone: 209-430-5480
9 | Facsimile: 209-466-5480

10 | Attorneys for Plaintiff MARTIN GASCA

11 | **UNITED STATES DISTRICT COURT**

12 | **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

13 | MARTIN GASCA, an individual               ) Case No.: 2:15-cv-01109-WBS-CKD
                                            )
14 |            Plaintiff,                    ) **STIPULATION TO MODIFY**
                                            ) **SCHEDULING ORDER**
15 |     vs.                                  )
                                            )
16 | COUNTY OF SACRAMENTO, a municipal        )
corporation; DOE OFFICER 1 and DOES 2-      )
17 | 25,                                      )
                                            )
18 |            Defendants.                   )
    _____)

19 |        The Plaintiff Martin Gasca, by and through his attorneys, and Defendants, County of

20 | Sacramento and Deputy Nathan Burnette, by and through their attorneys, stipulate as follows:

21 |        The purpose of this stipulation is to request that the court modify the existing scheduling

22 | order by extending the date for expert disclosures and rebuttal expert disclosures.

23 |        Plaintiff claims that he was unlawfully battered in his home by a police officer working

24 | for the County of Sacramento in violation of state law and his civil rights pursuant to 42 USC

25 | 1983.  Plaintiff further claims that Defendant County of Sacramento was negligent in the hiring,

26 | training, disciplining and supervision of said officer. Plaintiff claims these acts and omissions by

27 | defendants caused him serious and permanent injuries, emotional distress and economic

28 | damages.   Defendant denies each and every claim made by Plaintiff.

1
2
3
4
5
6

The complaint was filed in Sacramento Superior Court on April 14, 2015. Defendants answered the Complaint on May 21, 2015 and removed the case to the U.S. District Court on May 22, 2015. On August 27, 2015, the parties submitted their Joint Status Report, requesting Expert Disclosures be due on September 16, 2016. However, in its Scheduling Order, the Court ordered Expert Disclosure for March 14, 2016 and Rebuttal Expert Disclosures for April 11, 2016.

7
8
9
10
11

The parties are actively engaged in discovery. Plaintiff has served Interrogatories, Requests for Production of Documents, and Requests for Admissions. Defendants have also served written discovery including Interrogatories, and Requests for Production of Documents. The deposition of the Plaintiff is scheduled for January 27, 2016. The deposition of Defendant Burnette and third party County witnesses are scheduled for February 19, 2016.

12
13
14
15

In light of the foregoing, the parties cannot complete discovery on the claims and defenses with sufficient remaining time for comprehensive review by an expert before the current March 14, 2016 deadline. Thus, the Parties have stipulated to extend the time for expert disclosures.

16

The parties stipulate to modify the scheduling order as follows:

17
1.  Expert Disclosure – May 13, 2016

18
2.  Rebuttal Expert Disclosure- June 10, 2016

19
    All other dates shall remain the same.

20
    IT IS SO STIPULATED

21
Dated:  January 13, 2016                      LONGYEAR, O'DEA & LAVRA, LLP

22

23
                                              By:  */s/ Kelley S. Kern*
                                                   JOHN A. LAVRA
24                                                 KELLEY S. KERN
                                                   Attorneys for Defendant

25
Dated:  January 13, 2016                      LAW OFFICE OF BROWN & GESSELL

26

27
                                              By:  */s/ Douglas A. Gessell*
                                                   DOUGLAS A. GESSELL
28                                                 STEVEN L. BROWN
                                                   Attorneys for Plaintiff

## <u>ORDER</u>

Pursuant to stipulation, it is ordered that the parties exchange Expert Witness Reports by May 13, 2016 and Rebuttal Expert Witness Reports by June 10, 2016.

**IT IS SO ORDERED:**

Dated:  January 19, 2016

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY SCHEDULING ORDER Page - 3