LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Kelley S. Kern, CSB No.: 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendant COUNTY OF SACRAMENTO

LAW OFFICE OF BROWN & GESSELL
Douglas A. Gessell, SBN: 210112
Steven L. Brown, SBN: 166278
2155 W. March Lane, Suite 1D
Stockton, CA 95207
Phone: 209-430-5480
Facsimile: 209-466-5480

Attorneys for Plaintiff MARTIN GASCA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| MARTIN GASCA, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; DOE OFFICER 1 and DOES 2-25,<br><br>　　　　Defendants. | Case No.: 2:15-cv-01109-WBS-CKD<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

　　　　The Plaintiff Martin Gasca, by and through his attorneys, and Defendants, County of Sacramento and Deputy Nathan Burnette, by and through their attorneys, stipulate as follows:

　　　　The current Scheduling Order has established May 13, 2016 as the last day to disclose experts and their reports pursuant to FRCP 26(a)(2). Rebuttal experts are to be disclosed by June 10, 2016.

　　　　The parties are actively engaged in discovery. They have exchanged written discovery requests and responses, as well as produced documents. Defendant took the deposition of the Plaintiff on March 15, 2016. The parties have not yet received the transcript. Plaintiff has noticed the depositions of Defendant Burnette and two third party County witnesses for March 31, 2016. Defendant would also like to take the depositions of two third party witnesses on a

mutually agreeable date. Some travel may be required for one of these additional depositions due to the witness's residence.

In light of the foregoing, the parties believe they will be unable to complete discovery on the claims and defenses with sufficient remaining time for comprehensive review by an expert before the current May 13, 2016 deadline. Thus, the Parties have stipulated to extend the time for expert disclosures by forty-five (45) days.

The parties stipulate to modify the scheduling order as follows:

1. Expert Disclosure – June 27, 2016
2. Rebuttal Expert Disclosure- July 25, 2016

All other dates shall remain the same.

IT IS SO STIPULATED

Dated:  March 29, 2016                LONGYEAR, O'DEA & LAVRA, LLP

                                      By:  */s/ Kelley S. Kern*
                                      JOHN A. LAVRA
                                      KELLEY S. KERN
                                      Attorneys for Defendant


Dated:  March 29, 2016                LAW OFFICE OF BROWN & GESSELL

                                      By:  */s/* Douglas A. Gessell
                                      DOUGLAS A. GESSELL
                                      STEVEN L. BROWN
                                      Attorneys for Plaintiff

# **ORDER**

Pursuant to stipulation, it is ordered that the parties exchange Expert Witness Reports by June 27, 2016 and Rebuttal Expert Witness Reports by July 25, 2016.

**IT IS SO ORDERED:**

Dated:   March 31, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE