UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARTIN GASCA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a municipal corporation;<br>Officer NATHAN BURNETTE; and DOES 2 through 25,<br><br>    Defendants. | CIV. NO. 2:15-1109 WBS CKD<br><br>ORDER RE: BRIEFING SCHEDULE FOR MOTION TO ENFORCE SETTLEMENT |

----oo0oo----

After conferring with the parties at the Status (Pretrial Scheduling) Conference held on September 26, 2016, the court orders the following:

    (1)    Any motion to enforce the alleged settlement agreement between plaintiff and defendants shall be filed no later than October 5, 2016;

    (2)    Any Opposition to such motion shall be filed no later

1

than October 12, 2016; and

    (3)  Any Reply to such Opposition shall be filed no later than October 14, 2016.

A hearing on defendants' motion to enforce the alleged settlement agreement is set for October 17, 2016 at 1:30 p.m. in Courtroom 5 on the 14th floor.

Dated: September 27, 2016

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2